# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA, )<br>           )<br>    v.     )<br>           )<br>COREY D. DUNN. )<br>           ) | CR S-05-453 WBS |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
          (**X**) Ad Prosequendum                    ( ) Ad Testificandum.

Name of Detainee:    COREY D. DUNN

Detained at (custodian):    SAN QUENTIN STATE PRISON

Detainee is:    a.)    (X) charged in this district by:
            (X) Indictment          ( ) Information          ( ) Complaint
            Charging Detainee With:    **18 U.S.C. § 922(g)(1) - Felon in possession of a firearm and ammunition**

    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    (X) return to the custody of detaining facility upon termination of proceedings
    or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

            Signature:  /s/Kymberly A. Smith
            Printed Name & Phone No:  KYMBERLY A. SMITH, 916-554-2771
            Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
          (**X**) Ad Prosequendum                    () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, "forthwith" and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| 5/26/06 | /s/ Gregory G. Hollows |
|---|---|
| Date | U.S. Magistrate Judge          dunn.ord |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Sex: | Male |
| Booking or CDC #: | F03932 | DOB: | XX-XX-1970 |
| Facility Address: | San Quentin, CA 94964 | Race: | Black |
| | | FBI #: | |
| Facility Phone: | 415-454-1460 | | |
| Currently Incarcerated For: | Burglary | | |

### RETURN OF SERVICE

Executed on _____ by _____    _____
                                                                                                (Signature)

G:\DOCS\GGH\DGGH1\orders.cr\dunn.ord.wpd
Form Crim-48                                                                          Revised 11/19/97