# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR S-05-453 WBS |
| COREY D. DUNN | ) ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        (**X**) Ad Prosequendum                         ( ) Ad Testificandum.

Name of Detainee:    <u>Corey D. Dunn</u>

Detained at (custodian):    <u>Stanislaus Public Safety Center, Modesto, CA</u>

Detainee is:   a.)   (**X**) charged in this district by:
                          (**X**) Indictment        ( ) Information        ( ) Complaint
                          Charging Detainee With:   <u>18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition</u>

or    b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   (**X**) return to the custody of detaining facility upon termination of proceedings
or    b.)   ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary <u>forthwith</u> in the Eastern District of California.*

                Signature:  <u>/s/ Kymberly A. Smith</u>
                Printed Name & Phone No: <u>KYMBERLY A. SMITH (916) 554-2771</u>
                Attorney of Record for:   <u>United States of America</u>

## WRIT OF HABEAS CORPUS
        (**X**) Ad Prosequendum                      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

DATED: July 24, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male | X |
| Booking or CDC #: | 1152650 | DOB: | XX-XX-1970 |
| Facility Address: | 200 East Hackett Road | Race: | Black |
| | Modesto, CA 95358 | FBI #: | |
| Facility Phone: | 209-525-5600 | | |
| Currently Incarcerated For: | Burglary | | |

**RETURN OF SERVICE**

Executed on _____ by _____
                                                                    (Signature)