| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S-05-453 WBS |
| v. | ) | |
| | ) | |
| COREY D. DUNN | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                                      () Ad Testificandum

Name of Detainee:    COREY D. DUNN
Detained at (custodian): SAN QUENTIN STATE PRISON

Detainee is:     a.)    (X) charged in this district by:   (X) Indictment   () Information   () Complaint
                            charging detainee with: 18 U.S.C. § 922(g) - Felon in Possession of a Firearm
or    b.)   () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)   () return to the custody of detaining facility upon termination of proceedings
or    b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:                      _/s/__Carolyn K. Delaney_____
Printed Name & Phone No:   _CAROLYN K. DELANEY (916) 554-2700_____
Attorney of Record for:        United States of America_____

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum                                      () Ad Testificandum

      The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: November 17, 2006.

_/s/ Dale A. Drozd_____
United States District/Magistrate Judge

___

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Male |
| Booking or CDC #: | _F08932_____ | DOB: XX-XX-1970 |
| Facility Address: | _San Quentin, CA 94964_____ | Race: Black |
| | | FBI #: |
| Facility Phone: | _415-454-1460_____ | |
| Currently Incarcerated For: | _Burglary_____ | |

___

### RETURN OF SERVICE

Executed on   _____        By: _____
                                                                                  (Signature)