```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar #179741
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    COREY D. DUNN
 6
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-05-453 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| COREY D. DUNN, | ) | |
| | ) | DATE: February 26, 2007 |
| Defendant. | ) | TIME: 8:30 a.m. |
| | ) | JUDGE: William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH on behalf of CAROLYN DELANEY, Executive Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 5, 2007 be vacated, and a new Status Conference date of February 26, 2007 at 8:30 a.m. be set.

This continuance is requested because defense counsel has just been assigned to this case and needs time to prepare, to obtain outstanding discovery, to review the discovery with Mr. Dunn when received, and to conduct ongoing investigation.

It is further stipulated and agreed between the parties that the period beginning February 5, 2007 through and including February 26, 2007 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 2, 2007

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Linda Harter
                                  LINDA HARTER
                                  Chief Assistant Federal Defender
                                  Attorney for Defendant
                                  COREY D. DUNN

Dated: February 2, 2007
                                  MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Michael Beckwith for
                                  CAROLYN DELANEY
                                  Exec. Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the

1  interests of the public and the defendant in a speedy trial.
2  IT IS SO ORDERED.
3  DATED:  February 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE