1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   COREY D. DUNN
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,   )   No. CR-S-05-453 WBS
                               )
11             Plaintiff,      )
                               )   STIPULATION AND [PROPOSED]
12     v.                      )   ORDER CONTINUING STATUS
                               )   CONFERENCE AND EXCLUDING TIME
13 COREY D. DUNN,              )
                               )   DATE: March 19, 2007
14             Defendant.      )   TIME: 8:30 a.m.
                               )   JUDGE: William B. Shubb
15 _____ )

16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, CAROLYN DELANEY, Executive Assistant United

19 States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief

20 Assistant Federal Defender, attorney for defendant, that the current

21 Status Conference date of February 26, 2007 be vacated, and a new

22 Status Conference date of March 19, 2007 at 8:30 a.m. be set.

23      This continuance is requested to allow defense counsel additional

24 time to prepare, to interview and review the government's discovery

25 with Mr. Dunn, and to conduct ongoing investigation.

26      It is further stipulated and agreed between the parties that the

27 period beginning February 26, 2007 through and including March 19, 2007

28 should be excluded in computing the time within which the trial of the

above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 23, 2007

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Linda Harter
                                LINDA HARTER
                                Chief Assistant Federal Defender
                                Attorney for Defendant
                                COREY D. DUNN

Dated: February 23, 2007

                                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Carolyn Delaney
                                CAROLYN DELANEY
                                Exec. Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:  February 26, 2007

                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE