McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. S-05-453 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER TO PROCEED IN |
| v. | ) | PROPRIA PERSONA |
| | ) | |
| COREY DUNN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 23, 2007, defendant requested the Court to
represent himself and proceed PROPRIA PERSONA.

IT IS HEREBY ORDERED that Defendant Corey Dunn proceed in
PROPRIA PERSONA in criminal case NO. CR. S 05-453 WBS. It is
further ordered that the Sacramento County Sheriff provide the
following items to and for the DEFENDANT, now in the United
States Marshals custody at the Sacramento County Main Jail:

1.  A place to prepare his case which afford him adequate
storage space and lighting for his legal materials. The
prisoner's cell may be used for this purpose; however, materials

1

exceeding jail fire safety limitations may be stored elsewhere in the facility. The prisoner is cautioned that legal material should be readily identifiable as such, and kept completely separate from other property in his cell.

2.   The defendant shall be permitted to have available to him in the jail, a writing instrument, as approved by the housing institution, paper and regular manila folders.  These items shall be furnished at the count's/federal government's expense if the court has heretofore found that the defendant is indigent. However, if the defendant has funds in his trust account, such funds shall be used to purchase stationary supplies regardless of the findings of indigence, if the inmate has a balance exceeding the normal amount allowable for expenditures during the week as required by the housing institution.

3.   Defendant is authorized to receive in paperback form the following items, legal journals, law reviews, and other legal documents delivered to him at the Sacramento County Jail.

4.   The defendant shall be authorized the use of legal research materials. The Sheriff may in his discretion either allow the defendant the use of the law library for at least two hours per week or provide to the defendant legal research materials in his cell.  The defendant will be permitted to have no more than five law books in his call at any one time.  The Sheriff is not, however, required to supply hard bound books to the defendant.  The Sheriff may instead supply copies of cases contained in hard bound books.  The defendant shall be limited to copies of five cases per week.  Upon submission, by the defendant, a list of legal research material by 8:00 a.m. of the

2

business day, the Sheriff will be obliged to obtain and deliver these books to defendant by 5:00 p.m. on the next day.

The Sheriff is to maintain a log as to the books requested and books that are delivered to the defendant, including the date and time they are requested, the date and time they are delivered, and the date and time they are returned by the defendant to the Sheriff.

5.    The defendant shall be entitled to subpoena witnesses according to federal court rules for propria persona defendants. Subpoena forms will be furnished to defendant by the U.S. District Court Clerk.

6.    The defendant will be given unlimited legal mail privileges for matters pertaining to his case.  Sealing of legal mail will be done in the presence of a party as approved by the housing institution.  If the defendant is indigent postage will be provided.

7.    The Sheriff is authorized upon good cause to suspend any and all of the above ordered privileges; said suspension in any degree is to be immediately reported to the court so that a hearing may be held thereon forthwith so as to avoid any delays in the trial of this case.  The Sheriff shall also immediately advise the defendant of any such suspension of privileges.

8.    Should the defendant be transferred to another facility of the Sheriff's Department while this case is pending, provisions of this Order shall remain in effect at the subsequent institution.

9.    This Order shall expire when this criminal case is concluded by either dismissal or judgment.

3

10.  Good cause appearing therefor, the defendant Corey Dunn
is granted indigent status.

**IT IS SO ORDERED:**

DATED:  April 27, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4