1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Ste 10-100
   Sacramento, CA 95814
4  Telephone (916) 554-2798

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA        ) CR. NO. S-05-453 WBS
                                   )
12              Plaintiff,         )
                                   ) GOVERNMENT'S STATUS REPORT AND
13       v.                        ) MOTION TO SUSPEND BRIEFING ON
                                   ) DEFENDANT'S MOTION TO SUPPRESS
14 COREY DUNN,                     ) EVIDENCE
                Defendant.         )
15 _____  )

16
        The United States of America, by and through its attorneys of
17
   record, McGREGOR W. SCOTT, United States Attorney for the Eastern
18
   District of California, and CAROLYN K. DELANEY, Assistant United
19
   States Attorney, respectfully requests that the briefing schedule
20
   currently in place regarding the defendant's motion to suppress
21
   evidence be suspended.  This Motion is based on the attached
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

                                    1

PDF created with pdfFactory trial version www.pdffactory.com

Declaration of Assistant United States Attorney Carolyn K. Delaney.

DATED: May 1, 2007                    Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                 By:  /s/ Carolyn K. Delaney
                                      CAROLYN K. DELANEY
                                      Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the briefing schedule currently set is SUSPENDED.  This matter is placed on the court's calendar for May 7, 2007, at 8:30 a.m.  At that time, if this case is not otherwise resolved, the court will reset the briefing schedule.  It is further ORDERED that the time under the Speedy Trial Act continues to be tolled pending resolution of the defendant's Motion to Suppress Evidence.

Dated:  May 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com

<u>D E C L A R A T I O N</u>

I, CAROLYN K. DELANEY, declare as follows:

1.   I am an Assistant U.S. Attorney for the Eastern District of California and am familiar with the facts described below.

2.   I am trial counsel for the above-captioned case.

3.   On April 23, 2007, the defendant requested and received permission to represent himself in these proceedings.  Thereafter he filed a Motion to Suppress Evidence; the government's response is due on May 4, 2007 in anticipation of a hearing on May 21, 2007.

4.   On April 30, 2007, the parties appeared in court for a status conference and the defendant requested permission to speak with the undersigned.

5.   On April 30, 2007, I spoke with the defendant in the Marshal's Office.  He indicated that he wished to resolve his case if possible and asked that I prepare a plea agreement.  We agreed to meet again the following day.

6.   On May 1, 2007, I again met with the defendant in the Marshal's Office and reviewed with him the plea agreement I had prepared at his request.  He had several questions about the calculation of his criminal history score that I did not feel capable of answering with any certainty because I do not have the certified records of his criminal convictions.

7.   We discussed the possibility of the Court ordering a pre-plea presentence report in this case as we feel it would assist in the resolution of this matter and would ensure that Mr. Dunn is fully informed in his decision to plead guilty or not.

8.   We agreed that I would prepare this status report for the Court advising the Court that at the status conference on May 7,

3

PDF created with pdfFactory trial version www.pdffactory.com

1  2007, the parties will jointly request that the Court order the
2  preparation of a pre-plea presentence report.  We agreed that it
3  would be appropriate to ask the Court to hold the briefing schedule
4  for the defendant's Motion to Suppress Evidence in abeyance, pending
5  the preparation of the pre-plea report.  If the defendant decides to
6  plead guilty there will be no need for any further litigation; if he
7  decides not to plead guilty we can re-establish a briefing schedule.
8          I declare under the penalties of perjury that the
9  foregoing is true and correct to the best of my knowledge.  Executed
10 this 1st day of May, 2007.

                                        /s/ Carolyn Delaney
                                        _____
                                        CAROLYN K. DELANEY

PDF created with pdfFactory trial version www.pdffactory.com