**Corey D. Dunn**
651 "I" Street
Sacramento, CA  95814

In Propria Persona

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Corey Dunn<br><br>        Defendant | Case No.:  Cr.S-05-453-WBS<br><br>**ORDER TO AMEND PLEA AGREEMENT**<br><br>**Date**:  **September 10, 2007**<br>**Time:  8:30 a.m.**<br>**Judge:  Hon. William B. Shubb** |

### ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that based on the Stipulation of the parties and pursuant to the authority contained in paragraph VIII., page 7, of the written plea agreement on file in this matter, the Court orders paragraph III.B. at page 3: 16 of the written plea agreement to read "57 " months instead of "70" months.

**IT IS SO ORDERED.**

Dated:  August 21, 2007

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com